

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00583-CV

**IN THE MATTER OF THE ESTATE** of Willie H. **FORISTER**, Deceased

From the County Court, Karnes County, Texas
Trial Court No. 5795-12
Honorable Jim Scanlan, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. All costs are ORDERED assessed against the party who incurred them.

SIGNED June 11, 2014.

_____
Luz Elena D. Chapa, Justice